IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RENNIE, III,

     Petitioner,                    2: 09 - cv - 698 - WBS TJB

     vs.

MICHAEL MARTIN,

     Respondent.                 <u>ORDER</u>

_____/

     Petitioner has requested a thirty-two-day extension of time to file objections to the Magistrate Judge's Findings and Recommendations which was entered on September 8, 2011. Respondent does not oppose the motion. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

     Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's request filed September 25, 2011 for an extension of time is GRANTED; and

2.     Petitioner shall file his objections to the Magistrate Judge's findings and recommendations on or before October 31, 2011.

1  DATED:  September 30, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE