IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RENNIE III,

          Petitioner,                    No. 2: 09 - cv - 698 - WBS TJB

     vs.

MICHAEL MARTIN,

          Respondent.                    ORDER

_____/

          Pursuant to the provisions of 28 U.S.C. § 2253, the court issues a certificate of appealability on defendant's claims of ineffective assistance of counsel and denial of the right to speedy trial.

DATED:  January 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1