IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RENNIE III,

    Petitioner,               No. 2: 09 - cv - 698 - WBS TJB

    vs.

MICHAEL MARTIN,

    Respondent.             ORDER

_____/

    Pursuant to the provisions of 28 U.S.C. § 2253, the court issues a certificate of appealability on defendant's claims of ineffective assistance of counsel and denial of the right to speedy trial.

DATED: January 9, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1